IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENDRICKS & LEWIS, PLLC,
A Washington Professional
Limited Liability Company,

      Plaintiff,

v.                                                              CASE NO.: 4:10mc55-SPM/WCS

GEORGE CLINTON,

      Defendant.
_____/

**ORDER DENYING STAY AND
REFERRING CASE TO MAGISTRATE JUDGE**

This cause comes before the Court on Defendant's Motion to Stay (doc. 35) and Plaintiff's amended response in opposition (doc. 37). Upon consideration, it is

ORDERED AND ADJUDGED:

1. Defendant's Motion to Stay (doc. 35) is denied.

2. This case is referred to the Honorable William C. Sherrill, Jr., United States Magistrate Judge, to conduct all further proceedings necessary and to issue reports and recommendations regarding the exemptions and garnishment.

DONE AND ORDERED this 3rd day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge