IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENDRICKS & LEWIS, PLLC,
A Washington Professional
Limited Liability Company,

       Plaintiff,

v.                                                                    CASE NO.: 4:10mc55-SPM/WCS

GEORGE CLINTON,

       Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated August 9, 2011 (doc. 41). The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 41) is ADOPTED and incorporated by reference in this order.

    2.    The clerk shall enter final judgment in garnishment in Plaintiff's

favor against Garnishee, Farmers & Merchants Bank, in the amount of $107,196.00 (account xxxxx401) and $1,278.17 (account xxxxx901).

      3.     The Amended Application for Issuance of Writ of Execution (doc. 33) is granted.  The writ will issue separately.

      4.     This case is remanded to the magistrate judge for any further proceedings.

      DONE AND ORDERED this 12th day of October, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 4:10mc55-SPM/WCS